AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

League of Women Voters Education Fund et al., )
*Plaintiff* )
v. ) Case No. 1:25-cv-00955
Trump, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date: 04/01/2025

/s/ Michael Perloff
*Attorney's signature*

Michael Perloff (D.C. Bar No. 1601047)
*Printed name and bar number*
American Civil Liberties Union
of the District of Columbia Foundation
529 14th Street NW, Ste. 722
Washington, D.C. 20045
*Address*

mperloff@acludc.org
*E-mail address*

(202) 457-0800
*Telephone number*

*FAX number*