AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

League of Women Voters Education Fund, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-955
Donald J. Trump, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs: the League of Women Voters Education Fund, et al.

Date: 04/01/2025

*Attorney's signature*

Megan C. Keenan
*Printed name and bar number*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005

*Address*

mkeenan@aclu.org
*E-mail address*

(740) 632-0671
*Telephone number*

(202) 737-0231
*FAX number*