AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| League of Women Voters Education Fund, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-955 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs: the League of Women Voters Education Fund, et al.

Date: 04/02/2025

*Attorney's signature*

Jacob van Leer (DC 1742196)
*Printed name and bar number*

American Civil Liberties Union Foundation
915 15th St. NW
Washington DC 20005
*Address*

jvanleer@aclu.org
*E-mail address*

(202) 715-0815
*Telephone number*

*FAX number*