UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS EDUCATION FUND, LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, LEAGUE OF WOMEN VOTERS OF ARIZONA, HISPANIC FEDERATION, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, OCA – ASIAN PACIFIC AMERICAN ADVOCATES, and ASIAN AND PACIFIC ISLANDER AMERICAN VOTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman and a Commissioner of the Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair and a Commissioner of the Election Assistance Commission; CHRISTY MCCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the Election Assistance Commission; and BRIANNA SCHLETZ, in her official capacity as Executive Director of the Election Assistance Commission,<br><br>*Defendants*. | Case No. 1:25-cv-00995 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(e)(2), Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of the following attorney who has undertaken the representation of Plaintiffs in this matter as co-counsel:

1. The attorney's full name is Jonathan Topaz.

2. The attorney's office address and telephone number are American Civil Liberties Union Foundation, 125 Broad St., Fl. 18, New York, NY 10004, (212) 549-2500.

3. The attorney is admitted to the following bar: New York State Bar (5671151).

4. The attorney has not been disciplined by any bar.

5. The attorney has never been admitted pro hac vice in this Court within the last two years.

6. The attorney is not a member of the District of Columbia Bar and does not have an application for membership pending.

7. A certificate of the court or bar for the state in which the attorney regularly practices, which has been issued within thirty (30) days of filing and states that the attorney is a member in good standing of the bar of that state court is attached.

8. An accompanying payment of $100 will be deposited in the fund described in LCvR 83.8(f).

WHEREFORE, Plaintiffs respectfully request that the Court permit this attorney to appear *pro hac vice*.

Date: April 2, 2025

/s/ *Megan C. Keenan*
Megan C. Keenan (DC Bar No. 1672508)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

*Counsel for Plaintiffs League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 2, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

                                               /s/ *Megan C. Keenan*
                                               Megan C. Keenan (DC Bar No. 1672508)
                                               AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                               915 15th St. NW
                                               Washington, DC 20001
                                               (740) 632-0671
                                               mkeenan@aclu.org

                                               *Counsel for Plaintiffs League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote*